ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
JAMES W. LUCEY (SBN 160808)
jlucey@carrferrell.com
CARR & FERRELL *LLP*
120 Constitution Drive
Menlo Park, California 94025
Telephone:   (650) 812-3400
Facsimile:    (650) 812-3444

Attorneys for Plaintiff
LIKELIST, INC.

ROBERT E. NUDDLEMAN (SBN 190269)
robert@griegolaw.com
PHILLIP J. GRIEGO & ASSOCIATES
95 South Market Street, Suite 520
San Jose, Ca 95113
Telephone:  (408) 293-6341
Facsimile:     (408) 293-1959
East Bay:     (925) 364-4655

Attorney for Defendant
MAYANK CHAUDHARY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIKELIST INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAYANK CHAUDHARY, an individual, and DOES 1 through 10,<br><br>Defendants. | CASE NO. CV11-04866  PSG<br><br>[~~PROPOSED~~]<br>**ORDER FOR DISMISSAL OF ACTION** |

The Court having considered the Joint Stipulation for Dismissal of the entire action filed by Plaintiff LIKELIST, a California Corporation and Defendant MAYANK CHAUDHARY, an individual, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and for good cause shown, hereby dismisses the entire action with prejudice.  Each party shall bear its own attorneys fees and costs.

IT IS SO ORDERED.

Dated: January 39, 2012

_____
HONORABLE PAUL S. GREWAL
UNITED STATES DISTRICT JUDGE

{00573198v1}